

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-15-00174-CV

Ex Parte Juan Jose **GARCIA,**
Appellant
From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,044
Honorable Jose A. Lopez, Judge Presiding

## O R D E R

On May 7, 2015, the Zapata County District Clerk filed a notice with this court requesting permission to paper file Appeal No. 04-15-00174-CV. The clerk explained that e-filing procedures in her office were not yet complete. The request is GRANTED and the paper record is deemed timely filed as of May 6, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2015.



_____
Keith E. Hottle
Clerk of Court